No. 91–806. CAMPIERE ET AL. *v.* LOUISIANA POWER & LIGHT Co. C. A. 5th Cir. Certiorari denied.

No. 91–807. MCNATT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–808. MURPHY ET AL. *v.* RAGSDALE ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–811. AMES *v.* GHERINI. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–818. ADLER, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ADLER, ET UX. *v.* KAISER FOUNDATION HEALTH PLAN, INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–820. RISK, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR RISK ET AL. *v.* KINGDOM OF NORWAY. C. A. 9th Cir. Certiorari denied.

No. 91–821. CAVAZOS *v.* CITY OF SUNNYSIDE. Ct. App. Wash. Certiorari denied.

No. 91–822. KRANK *v.* FULTON BANK. C. A. 3d Cir. Certiorari denied.

No. 91–823. HOLLEY *v.* SCHREIBECK ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–831. BURKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–834. CASHMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 91–842. BLAKENEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–852. OPTIMISM, INC., ET AL. *v.* MOUZON, INDIVIDUALLY AND DBA MOUZON MUSIC CO., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–856. COCHRAN *v.* AMERICAN ABRASIVE METALS CO. ET AL. C. A. 11th Cir. Certiorari denied.